# Unclaimed Funds

Entered 1/1/2001 to 5/30/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 10-40787 -msh<br><br>17417255 | Internal Revenue Service<br>SPS JFK Bldg.<br>PO Box 9112<br>Stop 20800<br>Boston MA 02203<br>02203 | 1,011.30 | 05/30/2013 |

**Grand Total: 1,011.30**